UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE BUILDTECH CORP d/b/a <br> G&E BUILD TECH CORP, <br><br> Plaintiff, <br><br> v. <br><br> KGCI, INC. et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 13-cv-10761-IT <br> * <br> * <br> * <br> * |

ORDER

February 19, 2015

TALWANI, D.J.

After reviewing the January 26, 2015 Report and Recommendation [#56] of Magistrate Judge Bowler, to which neither party has objected, this court hereby ACCEPTS and ADOPTS that Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that fourth party defendant Gautam Chitnis' Motion to Dismiss Fourth Party Complaint [#36] is DENIED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge